# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Hydraulics International, Inc. ) ASBCA Nos. 60279, 60543
)
Under Contract No. N68335-13-C-0194 )

APPEARANCES FOR THE APPELLANT: David J. Ginsberg, Esq.
Agustin D. Orozco, Esq.
Crowell & Moring LLP
Los Angeles, CA

Mr. J.A. Riley
Vice President, Sales

APPEARANCES FOR THE GOVERNMENT: Ronald J. Borro, Esq.
Navy Chief Trial Attorney
Ryan M. Kabacinski, Esq.
Trial Attorney
Lakehurst, NJ

## ORDER OF DISMISSAL

The disputes have been settled. The appeals are dismissed with prejudice.

Dated: 23 November 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60279, 60543, Appeals of Hydraulics International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals